New Wave Energy Corp. v Energymark, LLC (2024 NY Slip Op 06482)

New Wave Energy Corp. v Energymark, LLC

2024 NY Slip Op 06482

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, GREENWOOD, AND KEANE, JJ.

861 CA 23-02103

[*1]NEW WAVE ENERGY CORP., JOHN LUDTKA AND NICHOLAS JERGE, PLAINTIFFS-APPELLANTS,
v
ENERGYMARK, LLC, AND KEVIN CLOUGH, DEFENDANTS-RESPONDENTS. 

THE KNOER GROUP, PLLC, BUFFALO (ROBERT E. KNOER OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
COLLIGAN LAW LLP, BUFFALO (ERICK D. KRAEMER OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered December 5, 2023. The order granted the motion of defendants for summary judgment and denied the motion of plaintiffs for partial summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court